**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| YVONNE CLAYTON | § | |
| | § | CIVIL ACTION NO. 4:24-cv-01716 |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| A-1 Z-1 PROPERTY, L.L.C. and | § | |
| BIG C, LLC | § | |
| | § | |
| Defendants | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FRCP 41(a)(1)**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, YVONNE CLAYTON

Plaintiff and A-1 Z-1 PROPERTY, L.L.C. and BIG C, LLC, Defendants have reached a

resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of

all claims against Defendants in their entirety and with prejudice.

**STIPULATION**

It is stipulated by and between the parties hereto that this action be dismissed with

prejudice as to all parties and as to all causes of action with each party to bear their own

attorney's fees and costs.

DATED:     November 25, 2024    FOR YVONNE CLAYTON, Plaintiff

BY:     */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax

Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED:        November 25, 2024    FOR A-1 Z-1 PROPERTY, L.L.C. and BIG C, LLC
Defendants

BY:   */S/   M. Ali Zakaria*
Mr. M. Ali Zakaria
M. ALI ZAKARIA & ASSOCIATES, PC
6161 Savoy Drive, Suite 1000
Houston, Texas 77036
(713) 789-7500 – Office
(713) 774-2423 - Fax