United States District Court
Southern District of Texas
**ENTERED**
November 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Yvonne Clayton, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-24-1716 |
| | § | |
| A-1 Z-1 Property, LLC | § | |
| and Big C, LLC, | § | |
| | § | |
| Defendants. | § | |

## O R D E R

On November 25, 2024, Plaintiff, Yvonne Clayton, and Defendants, A-1 Z-1 Property,

LLC and Big C, LLC, filed a Joint Stipulation of Dismissal with Prejudice (docket no. 17)

asserting that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii).

Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED WITH**

**PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 26th day of November, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE